Michael A. Siddons
Attorney ID #017592008
The Law Firm of Michael Alan Siddons
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | : | |
|---|---|---|
| DONNA IVERY, | : | |
| Plaintiff, | : | Civil Case No.: 2:17-cv-06224 |
| vs. | : | |
| SLOMINS, INC., | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF SETTLEMENT**

Plaintiff, DONNA IVERY, ("Plaintiff"), through her attorney, The Law Firm of Michael Alan Siddons, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

**[INTENTIONALLY LEFT BLANK]**

                                              RESPECTFULLY SUBMITTED,

September 21, 2017          By:/s/ Michael A. Siddons_____
                                      Michael A. Siddons
                                      Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On September 21, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Kevin Heckler Jr., at kevhe@slomins.com.

By:/s/ Michael A. Siddons
Michael A. Siddons