Michael A. Siddons  
Attorney ID #017592008  
The Law Firm of Michael Alan Siddons  
230 N. Monroe Street  
PO Box 403  
Media, PA 19063  
Tel: 484-614-6546  
msiddons@siddonslaw.com  
Attorney for Plaintiff  

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | : | |
|---|---|---|
| DONNA IVERY, | : | |
| Plaintiff, | : | Civil Case No.: 2:17-cv-06224 |
| vs. | : | |
| SLOMINS, INC., | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, DONNA IVERY, ("Plaintiff"), through her attorney, The Law Firm of Michael Alan Siddons, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, SLOMINS, Inc.

**[INTENTIONALLY LEFT BLANK]**

RESPECTFULLY SUBMITTED,

November 21, 2017

By:/s/ Michael A. Siddons
    Michael A. Siddons
    Attorney for Plaintiff

SO ORDERED

s/Claire C. Cecchi
Claire C. Cecchi, U.S.D.J.
Date: 11/22/17